GIBSON LEWIS, as Sole Executor, etc., of RUDOLPH F. BUNNER, Deceased, Appellant, v. RALPH HAGER and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. MAX AARON and Others, Defendants, Impleaded with HELEN H. LICHTENSTEIN, Appellant, and HAMILTON ADLER and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J., dissents and votes for affirmance.

JOSEPHINE LOFTIS, Appellant, v. HARRY BLEYER and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

MAE BASS, Appellant, v. " LEO " MILLER KAHN, First Name " Leo " Being Fictitious, etc., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell, J., dissents and votes to reverse and deny the motion.

In the Matter of Proving the Last Will and Testament of WINFIELD A. FOREMAN, Deceased.— Order modified by fixing the amount of lien at five per cent, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Martin, J. dissents and votes to reverse on the ground that there is no basis whatever for fixing the value of the services or the conclusion reached by the surrogate. (See *Matter of Frame*, 238 App. Div. 811.) Untermyer, J., dissents and votes for affirmance.

JACK M. LOEB, Respondent, v. A. FINKENBERG's SONS, INC., Appellant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion granted in all respects. No opinion. The verified bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HYMAN M. RAMBACH and Others, Respondents, v. HEIGHTS THEATRES, INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

S. B. BUTLER, on Behalf of Himself and All Other Stockholders of HOME AND FOREIGN SECURITIES CORPORATION, Respondent, v. HOME AND FOREIGN SECURITIES CORPORATION and Others, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of FRANCIS A. FLANAGAN, Respondent, against JOHN E. SHEEHY, Commissioner of Parks of the Borough of Manhattan in the Department of Parks, City of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.